UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PAUL LEWIS, )<br>)<br>    Plaintiff, )<br>  vs. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>    Defendant. ) | 2:09-cv-319-WTL-JMS |

# E N T R Y

    The defendant's motion to dismiss is fully briefed. Discovery is not warranted so long as that motion is pending. *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.,* 200 F.3d 795, 804 (Fed.Cir. 1999) ("When a particular issue may be dispositive, the court may stay discovery concerning other issues until the critical issue is resolved."). The plaintiff's motion for production (dkt 39) is therefore **denied.**

    **IT IS SO ORDERED.**


Date: 05/05/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

Paul Lewis
DOC #873084
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838-1111